

**IT IS ORDERED as set forth below:**

**Date: June 2, 2017**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | |
| RAFAEL RODRIGO CARPIO, | CASE NO. 17-55167-BEM |
| Debtor. | CHAPTER 7 |
| RAFAEL RODRIGO CARPIO, | |
| Movant, | |
| v. | Contested Matter |
| THE LYRIC COMPANY, LLC AS ASSIGNEE OF HOUSEHOLD BANK (SB), N.A., | |
| Respondent. | |

## **O R D E R**

Before the Court is a Motion to Avoid Lien filed by Debtor(s), as provided by 11 U.S.C. § 522(f) and Bankruptcy Rule 4003(d).  Respondent has not filed a response, and the motion is deemed unopposed.  See BLR 6008-2, NDGa. Since the creditor whose lien is sought to be avoided has failed to controvert timely the allegations, IT IS HEREBY ORDERED that the

judicial lien held by Respondent is avoided to the extent that such lien impairs an exemption to which Debtor(s) would have been entitled pursuant to 11 U.S.C. §522(b), subject to 11 U.S.C. §§349 and 522(c) in the event of a dismissal.

**END OF ORDER**

## Distribution List

Rafael Rodrigo Carpio
817 Wynhollow Trace
Apt. 4
Norcross, GA 30071

Carson R. Walden
Walden, Goodhart, Harden & New
Suite 757
315 W. Ponce de Leon Avenue
Decatur, GA 30033

Jason L. Pettie
Suite 150 - One Decatur Town Center
150 E. Ponce de Leon Avenue
Decatur, GA 30030

The Lyric Company/Household Bank
Attn: Dan Bridgers, Registered Agent
120 North Candler St
Decatur, GA, 30031

J Curtis Tootle
3575 Piedmont Road NE, Suite 300
Atlanta, GA 30305

Lyric Co, LLC
Attn: Wayne McBride, Member
4320 Downtowner Loop S
Mobile, AL 36609